IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13CR00065-1 KGB |
| | ) | |
| PALMER TYSON STUBBLEFIELD | ) | |

## ORDER

The defendant filed a motion for bond hearing (docket entry no. 11) followed by a motion to withdraw the previous motion (docket entry no. 13). The motion to withdraw is granted, rendering the motion for hearing moot.

IT IS SO ORDERED this 10 day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE