**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                      **Case No. 4:13CR00065-001 KGB**

**PALMER TYSON STUBBLEFIELD**                                       **DEFENDANT**

## ORDER

Before this Court is the Defendant's Motion for Consolidation (Dkt. No. 18). The Court grants in part and denies in part the motion.

The Defendant identifies in his motion *United States v. Stubblefield*, Case No. 4:07CR00083-001 SWW (Dkt. No. 41) as a pending revocation proceeding. The Defendant seeks to consolidate the pending revocation proceeding and a current pending matter against Palmer Tyson Stubblefield, *United States v. Stubblefield*, Case No. 4:13CR00065-001 KGB, before one District Judges so that disposition on the matters can occur at the same time. The motion states that the Government does not object to the consolidation.

On November 21, 2013, *United States v. Stubblefield*, Case No. 4:07CR00083-001 SWW was reassigned to United States District Judge Kristine G. Baker (Dkt. Nos. 48, 49).

Both cases are now on the docket of United States District Judge Kristine G. Baker. To this extent, the Defendant's motion is granted. For administrative reasons, the Court denies at this time the request to consolidate the two cases under one case number.

IT IS THEREFORE ORDERED that the Defendant's Motion for Consolidation is granted in part and denied in part (Dkt. No. 18).

Dated this 22nd day of November, 2013.

_____
Kristine G. Baker
United States District Judge